WILLIAM J. LIEBER, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY et al., Appellants.

*Lieber* v. *International Ry. Co.*, 146 App. Div. 903, appeal dismissed.

(Argued January 8, 1912; decided January 16, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 18, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants.

The motion was made on the ground that the exceptions were frivolous and the appeal taken for purposes of delay only.

*Ralph S. Kent* for motion.

*Dana L. Spring* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.